**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

800-840 Cooper Street
Suite 350
Camden, New Jersey 08102

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

(856) 757-5341  Telephone
(856) 757-5273  Facsimile

September 21, 2016

Honorable Mark Falk
United States Magistrate Judge
Frank R. Lautenberg U.S. Post Office
  and U.S. Courthouse
Room 457
P.O. Box 999
Newark, New Jersey  07101-9971

      Re:    United States v. Ahmad Khan Rahami
               Magistrate No. 16-3594 (MF)

Dear Judge Falk:

    I have been advised that a Complaint has been filed against Ahmad Khan Rahami, charging him with the use of weapons of mass destruction, bombing a place of public use, attempted destruction of property by means of fire or explosive, and use of a destructive device in furtherance of a crime of violence. (Copy attached). Pursuant to Rule 5(a)(1)(A) of the Federal Rules of Criminal Procedure, I request Mr. Rahami's prompt presentment on the criminal complaint, so he may be informed of the federal charges and have access to counsel.

    Mr. Rahami has already been held on extremely serious state charges in New Jersey for over two days without the benefit of counsel. I have been advised that he is receiving treatment for gunshot wounds at a hospital in Newark, New Jersey. I have also been advised that he has been held and questioned by federal law enforcement agents since his arrest on September 19, 2016. The Sixth Amendment requires that he be given access to counsel on the federal charges, and that he be presented without delay. We respectfully request that the Court schedule a presentment at the earliest possible time. If Mr. Rahami is not able to travel to court because of his medical condition, counsel should be appointed to meet with him in the hospital and represent him at a telephone or videoconference presentment at any time.

                                                Respectfully,

                                                RICHARD COUGHLIN
                                                Federal Public Defender

cc:    Paul J. Fishman, United States Attorney
        Thomas J. Eicher, Deputy Chief, USAO
        Chester M. Keller, FAFPD, FPD

**United States District Court**
**District of New Jersey**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Mark Falk |
| v. | : | Magistrate No. 16-3594 (MF) |
| AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi" | : | CRIMINAL COMPLAINT |

I, Special Agent Peter Fredrick Licata, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A.

I further state that I am a Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHMENT B.

Special Agent Peter Fredrick Licata
Federal Bureau of Investigation
Joint Terrorism Task Force

Sworn to and attested to
telephonically

September 20, 2016
Date

Newark, New Jersey
City and State

Honorable Mark Falk, U.S.M.J.
Name/Title of Judicial Officer

MARK FALK
Signature of Judicial Officer

## **ATTACHMENT A**

### **Count One**
(Use of a Weapon of Mass Destruction—Seaside Park, New Jersey)

On or about September 17, 2016, in Ocean County, in the District of New Jersey and elsewhere, defendant AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," acting without lawful authority, did use and attempt to use a weapon of mass destruction, namely, destructive devices as defined by Title 18, United States Code, Section 921, against persons and property within the United States, and (a) the mail and facilities of interstate and foreign commerce, including a mobile telephone, were used in furtherance of the offense, (b) such property was used in an activity that affects interstate and foreign commerce, and (c) the offense and the results of the offense affected interstate and foreign commerce, to wit, AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," detonated and attempted to detonate improvised explosive devices in Seaside Park, New Jersey during a charity event for active duty military and former military personnel and the families of fallen service members, in violation of Title 18, United States Code, Section 2332a(a)(2)(A), (a)(2)(B), (a)(2)(D) and Section 2.

## Count Two
(Use of a Weapon of Mass Destruction—Elizabeth Train Station)

On or about September 18, 2016, in Union County, in the District of New Jersey and elsewhere, defendant AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," acting without lawful authority, did use and attempt to use a weapon of mass destruction, namely, destructive devices as defined by Title 18, United States Code, Section 921, against persons and property within the United States, and (a) the mail and facilities of interstate and foreign commerce, including a mobile telephone, were used in furtherance of the offense, (b) such property is used in interstate and foreign commerce and in an activity that affects interstate and foreign commerce, and (c) the offense and the results of the offense would have affected interstate and foreign commerce, to wit, AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," placed, and caused to be placed, a backpack containing improvised explosive devices in close proximity to a train track, train trestle, and train platform of the New Jersey Transit System, facilities of and used in interstate commerce, in Elizabeth, New Jersey, in violation of Title 18, United States Code, Section 2332a(a)(2)(A), (a)(2)(B), (a)(2)(D) and Section 2.

## Count Three
(Bombings of Place of Public Use and Public Transportation System)

On or about September 18, 2016, in Union County, in the District of New Jersey, defendant AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," unlawfully did deliver, place, discharge, and detonate an explosive and a lethal device in, into, and against a place of public use, a state and government facility, a public transportation system, and an infrastructure facility, to wit, an entrance to the New Jersey Transit station in Elizabeth, New Jersey, with the intent to cause death and serious bodily injury and with the intent to cause extensive destruction of the place, facility, or system, where such destruction resulted in and was likely to result in major economic loss and committed against a state facility, namely, the New Jersey Transit System, in violation of Title 18, United States Code, Section 2332f(a)(1)(A), (a)(1)(B), (b)(1)(A) and Section 2.

## Count Four
(Attempted Destruction of Property by Means of Fire or Explosive)

On or about September 18, 2016, in Union County, in the District of New Jersey and elsewhere, defendant AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," unlawfully, willfully and knowingly did attempt to maliciously damage and destroy by means of fire and an explosive, a building, vehicles, and real and personal property used interstate and foreign commerce, namely, defendant AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," placed and attempted to detonate improvised explosive devices in close proximity to a train track, train trestle, and train platform of the New Jersey Transit System in Elizabeth, New Jersey, in violation of Title 18, United States Code, Section 844(i) and Section 2.

## Count Five
(Use of a Destructive Device During and in Furtherance of a Crime of Violence)

On or about September 17, 2016, in Ocean County, in the District of New Jersey and elsewhere defendant AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit, the offense charged in Count One of this Complaint, unlawfully, willfully and knowingly did use and carry a destructive device, to wit, an improvised explosive device placed in Seaside Park, New Jersey during a charity event for active duty military and former military personnel and the families of fallen service members, in violation of Title 18, United States Code, Section 924(c)(1)(A) and (B)(ii) and Section 2.

- 5 -

## Count Six
(Use of a Destructive Device During and in Furtherance of a Crime of Violence)

On or about September 18, 2016, in Union County, in the District of New Jersey and elsewhere, defendant AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit, the offense charged in Count Two of this Complaint, unlawfully, willfully and knowingly did use and carry a destructive device, to wit, improvised explosive devices placed in close proximity to a train track, train trestle, and train platform of the New Jersey Transit System, in violation of Title 18, United States Code, Section 924(c)(1)(A) and (B)(ii) and Section 2.

## ATTACHMENT B

1. I am a Special Agent with the FBI and a member of the FBI's New York-based JTTF, and I have been personally involved in the investigation of this matter. This affidavit is based in part upon my conversations with law enforcement agents and other people, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all of the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## The Bombings and Attempted Bombings in New York and New Jersey

2. Based on my participation in this investigation, conversations with other participants in the investigation, review of evidence obtained during the investigation, and review of reports prepared by others, I have learned, among other things, the following:

   a. On the morning of September 17, 2016, at approximately 9:35 a.m., an improvised explosive device — which included a pipe bomb and a triggering cellular telephone ("Seaside Park Device") — exploded in the vicinity of Seaside Park, New Jersey.

   b. The explosion occurred along the route for the Seaside Semper Five Marine Corps Charity 5K Race, which was scheduled to begin at 9:00 a.m. — approximately 35 minutes before the explosion — but was delayed due to other law enforcement activity. The initial portion of the race was a scheduled one mile "fun run."

       i. After the blast, law enforcement officers examined the crime scene and concluded that the Seaside Park Device was comprised of three connected pipe bombs, only one of which in fact detonated. A cellular telephone bearing a particular International Mobile Equipment Identity ("IMEI") number[1] ("Seaside Park Telephone") was found in the immediate area of the explosion, with two thin wires protruding from it. Based on my review of reports, my conversations with other law enforcement officers, and my own experience and training, I have learned that the Seaside Park Telephone likely functioned as a timer for the bomb.

---

1. An IMEI is a 15- or 17-digit code that uniquely identifies a particular mobile phone.

c. Later that same day, on September 17, 2016, at approximately 8:30 p.m., an improvised explosive device detonated in the vicinity of 135 West 23rd Street in the Chelsea neighborhood of New York, New York ("23rd Street Bomb"). Based on my training, experience, and conversations with other law enforcement officers, I know the following:

i. The 23rd Street Bomb — comprised of a high-explosive main charge — caused significant injuries and multiple-million dollars of property damage across a 650-foot crime scene.

ii. The explosive components appear to have been placed inside a pressure cooker and left in a dumpster. The explosion propelled the more-than-100-pound dumpster more than 120 feet.

iii. The blast shattered windows as far as approximately 400 feet from the detonation site and, vertically, more than three stories high.

iv. Fragmentation from the pressure cooker was recovered as far as approximately 650 feet from the detonation site.

v. In order to increase fragmentation, and thus likely to increase the lethality of the device, the bomb was packed with ball bearings and steel nuts, hundreds of which were recovered from the blast site.

vi. Approximately 31 people — including at least one national of a foreign state (the United Kingdom) — suffered injuries from the 23rd Street Bomb.

vii. These injuries included, among other things, lacerations in the face, abdomen, legs, and arms caused by flying glass; metal shrapnel and fragmentation embedded in skin and bone; and various head injuries.

viii. At least one victim was hospitalized and had to have multiple ball bearings removed from her body, as well as metal fragmentation from her ear and wood shards from her neck.

ix. At least one victim was knocked unconscious by the blast while driving in his car by the site of the bomb.

x. Another victim suffered a head injury when the blast hit the vehicle in which she was traveling.

xi. The remnants of a cellular telephone bearing a particular IMEI number ("Chelsea Telephone-1") were found in the immediate area of the 23rd Street Bomb blast. Based on my review of reports, my conversations with other law enforcement officers, and my own experience and training, I have learned that Chelsea Telephone-1 likely functioned as a timer for the 23rd Street Bomb.

d. Shortly after this explosion, another unexploded improvised explosive device was located by law enforcement on 27th Street between 6th and 7th Avenues, also in the Chelsea neighborhood of New York, New York ("27th Street Bomb"), approximately four blocks away from the 23rd Street Bomb. Law enforcement officers have inspected that unexploded improvised explosive device. It consisted of, among other things, a pressure cooker connected with wires to a cellular telephone bearing a particular IMEI number ("Chelsea Telephone-2") and packed with, among other things, a high-explosive main charge, ball bearings, and steel nuts. Based on my review of reports, my conversations with other law enforcement officers, and my own experience and training, I have learned that, as with the Seaside Park Telephone and Chelsea Telephone-1, Chelsea Telephone-2 likely was intended to function as a timer for the 27th Street Bomb.

### Bombs Found at a Train Station in Elizabeth, New Jersey

3. On September 18, 2016, at approximately 8:40 p.m., multiple improvised explosive devices were found inside a backpack located near the entrance to the New Jersey Transit station in Elizabeth, New Jersey. One of the devices detonated at approximately 12:40 a.m., on September 19, 2016, as a law enforcement officer was using a robot to attempt to defuse the device. Law enforcement officers were able to recover and inspect the remnants of the exploded device, the remaining devices initially contained in the backpack, and handwritten documents found in the backpack. FBI laboratory analysis of fingerprints recovered from materials contained in the backpack has determined a positive match to AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," the defendant.

### Fingerprints Recovered from the 27th Street Bomb

4. Based on my conversations with another FBI agent ("Agent-1") and my review of law enforcement reports, I have learned that AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," the defendant, left his fingerprints on the 27th Street Bomb.

a. Law enforcement personnel examined the 27th Street Bomb for latent fingerprints. Approximately 12 fingerprints were recovered

- 9 -

from the bomb, including on the pressure cooker, duct tape, and the triggering cellular telephone (i.e., Chelsea Telephone-2).

        b.     An FBI analysis concluded that each of these 12 fingerprints recovered from the 27th Street Bomb was a positive match to RAHAMI.

### Surveillance Video from the Vicinity of the Chelsea Bombings

        5.     I have reviewed surveillance footage dated September 17, 2016, obtained from a closed circuit television ("CCTV") camera in the vicinity of 131 West 23rd Street. The video bears a time-stamp of 7:53 p.m. — approximately 37 minutes before the explosion of the 23rd Street Bomb — and depicts a person walking on a sidewalk. Based on a comparison of the footage with a known photograph of AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," the defendant, I believe that the individual depicted in the video is RAHAMI.

        6.     I have also reviewed surveillance footage obtained from a CCTV camera located in the vicinity of 135 West 27th Street between 6th and 7th Avenues. The surveillance footage, dated September 17, 2016, depicts a person walking on a sidewalk; the video bears a timestamp of 8:32 p.m. — approximately two minutes after the explosion of the 23rd Street Bomb. That same person can first be seen pulling a small suitcase behind him, walking away from the camera. Shortly thereafter, that person returns into camera-view, walking towards the camera, but without any suitcase. Based on a comparison of the footage with a known photograph of AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," the defendant, I believe that the individual depicted in the video is RAHAMI.

### RAHAMI's Purchase of Bomb Components

        7.     Between approximately June 20, 2016 and approximately August 10, 2016, an eBay user with the registered user name "ahmad rahimi" purchased several items on the eBay website. Each of these items was shipped to a specific business located in Perth Amboy, New Jersey ("Perth Amboy Business"). Based on the information described herein, I believe that the purchaser, "ahmad rahimi" is in fact AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," the defendant.

        a.     On or about August 10, 2016, "ahmad rahimi" purchased an item described in part as: "Citric Acid USP/ Food Grade 5 Lb Pack- Great for bath bombs and candy making." I know, based on my training, experience, and conversations with other law enforcement officials,

- 10 -

that citric acid is a precursor chemical commonly used in improvised explosives.

    b. On or about July 31, 2016, "ahmad rahimi" purchased an item described in part as: "10PCS 5 cm*7cm Prototyping PCB Printed Circuit Board Prototype Breadboard #0043." I know, based on my training, experience, and conversations with other law enforcement officials, that circuit boards are components commonly used in improvised explosive devices.

    c. On or about July 12, 2016, "ahmad rahimi" purchased an item described in part as: "E-match+100pcs/lot 11.81in For Fireworks Firing System Electric Igniters display."

     i. I know, based on my training, experience, and conversations with other law enforcement officials, that E-match electric igniters can be used as a critical component of the detonation system of an improvised explosive device.

     ii. I further know, based on conversations with other law enforcement officials, that an analysis of the 27th Street Bomb identified numerous electric igniters inside the 27th Street Bomb.

    d. On or about July 12, 2016, "ahmad rahimi" purchased an item described as: "200 Hardened Lead Milling Balls .490 in. Ball Mill Tumbling Media Pyrotechnics." In addition, on or about July 12, 2016, "ahmad rahimi" purchased an item described in part as: "100pcs/lot 11.81in For Fireworks Firing System Electric Igniters display." On or about June 20, 2016, "ahmad rahimi" purchased an item described in part as: "Sling Shot ammo .50 cal .495 lead round balls 25 count Lead balls .495 diameter." And, on or about June 20, 2016, "ahmad rahimi" purchased an item described in part as: "TRUMARK SLINGSHOT 200 COUNT 5/16" STEEL-BALLS AMMO SLINGSHOT STEELIES."

     i. I know, based on my training, experience, and conversations with other law enforcement officials, that ball bearings can be used in improvised explosives to increase fragmentation and thus to increase the lethality of the device.

     ii. I further know, based on conversations with other law enforcement officials, that the 23rd Street Bomb and the 27th Street Bomb both contained as components of the bomb, among other things, ball bearings.

- 11 -

e. Each of the items described above were shipped to "ahmad rahimi" at the Perth Amboy Business. I know, based on conversations with other law enforcement officers, that AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," the defendant, was, until on or about September 12, 2016, employed by the Perth Amboy Business.

### Vehicle Observed Near RAHAMI's Residence After Traveling Into and Out of Manhattan

8. On or about September 18, 2016, law enforcement agents conducted physical surveillance in the vicinity of a residence in Elizabeth, New Jersey that AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," the defendant, had previously identified as his residence in 2014 ("Elizabeth Premises"). During the surveillance, law enforcement officers observed a vehicle ("Vehicle-1") in the close vicinity of the Elizabeth Premises.[2]

9. Based on my review of law enforcement databases, I know that on September 17, 2016, the date of the bombings described herein, Vehicle-1 entered Manhattan from New Jersey via the Lincoln Tunnel at approximately 6:30 p.m. — approximately two hours before the 23rd Street Bomb blast — and left Manhattan via the Lincoln Tunnel at approximately 11:30 p.m.

### Analysis of Cellular Phones Used in the Explosive Devices

10. Based on my review of information provided by a telephone service provider ("Provider-1"), I have learned that, in 2015, two of the cellular phones used in the bombs described herein were shipped to the same store in New Jersey. As set forth below, that store is located in close proximity to a residence of AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," the defendant.

a. In or about February 2015, the Seaside Park Telephone was shipped for sale to a store located in Perth Amboy, New Jersey ("Perth Amboy Store"). In or about May 2015, Chelsea Telephone 1 was also shipped for sale to the Perth Amboy Store. Based on the foregoing, I believe it is likely that the Seaside Park Telephone and Chelsea Telephone-1 were both purchased from the Perth Amboy Store.

---

2. On the evening of September 18, 2016, law enforcement officers conducted a traffic stop on Vehicle-1. Five people, including relatives of AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," the defendant, were in Vehicle-1; RAHAMI, himself, was not.

- 12 -

b. Moreover, based on my review of publicly available maps and information, I have learned that the Perth Amboy Store is located approximately 500 meters from a particular residence in Perth Amboy, New Jersey ("Perth Amboy Residence"). Based on my review of United States government records, I have learned that RAHAMI listed the Perth Amboy Residence in a 2012 passport application as his home.

11. Based on my review of information provided by another telephone service provider ("Provider-2"), I have learned, in substance and in part, the following:

a. From approximately July 2010 through approximately April 2013, Chelsea Telephone-2 was subscribed in the name of a family member of AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," the defendant.

b. The listed "credit address" for Chelsea Telephone-2 during this time period was the Perth Amboy Residence.

c. The listed "user address" for Chelsea Telephone-2 during this time period was the Elizabeth Residence — which, as noted above, was a residence of RAHAMI.

12. In addition, the Seaside Device Telephone is the same make and model as Chelsea Telephone-2, i.e., the cellular telephone that was intended to serve as the triggering device for the 27th Street Bomb.

### Violent Extremist Content Associated with a Social Media Account Bearing Username Associated with Chelsea Telephone-2

13. Based on my review of the above-described information from Provider-2, I have also learned that the email account listed for Chelsea Telephone-2 in Provider-2's records was "Yaafghankid786" at (@) a particular email services provider.

14. Based on information obtained from the manufacturer of Chelsea Telephone-2 ("Company-1"), I have learned that the email address listed for Chelsea Telephone-2 in Company-1's records also contains the same distinct username, Yaafghankid786, at (@) a different email service provider.

15. Based on my review of publicly available information, I have also learned that there is a social media account with username "Yaafghankid78" ("Social Media Account-1"). Based on my review of public information, I have learned, among other things, that Social Media Account-1 displays a list of the user's "Favorite[]" videos posted by other users. Two of

- 13 -

Yaafghankid78's favorites related to jihad: "jihad nasheed ya shahid" [jihad is a martyr's anthem] and "best jihad nasheed [anthem]."[3]

## Video of RAHAMI, Filmed Approximately Two Days Prior to the Chelsea Attacks, Igniting an Incendiary Object

16. I have watched a video recovered from the cellular telephone belonging to a family member of AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," the defendant, which depicts RAHAMI igniting incendiary material in a cylindrical container ("Video").

    a. File information from the phone indicates that the Video was filmed on or about Thursday, September 15, 2016 – two days before the Chelsea bombings.

    b. Geolocation information associated with the Video indicates that it was filmed at, or in the immediate vicinity of, the Elizabeth Residence.

    c. The Video depicts RAHAMI in a backyard. Partially buried in the ground is a small, black cylindrical object. A fuse is lit and the object ignites; the Video depicts the lighting of the fuse, a loud noise and flames, followed by billowing smoke and laughter. RAHAMI then enters the frame and is seen picking up the cylindrical container.

### Arrest of RAHAMI

17. On September 19, 2016, at approximately 9:30 a.m., AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," the defendant, was arrested by police in Linden, New Jersey. RAHAMI fired multiple shots at police, striking and injuring two police officers before he was himself shot, subdued and placed under arrest.

18. In the course of the arrest, a handwritten journal was recovered from the person of AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," the defendant. Written in the journal, among other things, was the following:

---

  3. Any translations and English language transcriptions contained herein are preliminary in nature.

    a.    "You (USA Government) continue your [unintelligible] slaught[er] against the mujahideen be it Afghanistan, Iraq, Sham [Syria], Palestine . . . ."[4]

    b.    An expression of concern at the prospect of being caught before being able to carry out a suicide attack: "the F.B.I. & homeland security [unintelligible] looking for me . . . . [unintelligible] my heart I pray to the beautiful wise ALLAH. To not take JIHAD away from. I beg [unintelligible] for shahadat [martyrdom] & Inshallah [God willing] this call will be A[n]swered."

    c.    A reference, on a page that is largely unintelligible, to "pipe bombs" and a "pressure cooker bomb," and the partial sentence "in the streets they plan to run a mile."

    d.    A reference to the instructions of terrorist leaders that, if travel is infeasible, to attack nonbelievers where they live: " . . . back to sham [Syria]. But [unintelligible] this incident show the risk are [unintelligible] of getting caught under [unintelligible] I looked for guidance and . . . Guidance came Sheikh Anwar[5] . . . Said it clearly attack the Kuffar [non-believers] in their backyard."

    e.    Laudatory references to: Anwar al-Awlaki; Nidal Hasan, who shot and killed 13 people at Fort Hood, Texas; and "Brother Osama Bin Laden."

    f.    The handwritten document closes as follows: "Inshallah [God willing] the sounds of the bombs will be heard in the streets. Gun shots to your police, Death To Your OPPRESSION."

Special Agent Peter Fredrick Licata
Federal Bureau of Investigation
Joint Terrorism Task Force

---

[4] The journal appears to have been damaged during the arrest of, and exchange of gunfire with, AHMAD KHAN RAHAMI, a/k/a "Ahmad Rahimi," the defendant. Consequently, some of the handwriting in the journal is illegible.

[5] Based on my training and experience, I believe that "Sheikh Anwar" is a reference to Anwar al-Awlaki, formerly a senior leader of Al-Qaeda in the Arabian Peninsula, a Yemen-based designated foreign terrorist organization.

- 15 -