AMERICAN CIVIL LIBERTIES UNION
OF NEW JERSEY FOUNDATION
Alexander Shalom
P.O. Box 32159
Newark, NJ 07102
973.854-1714
ashalom@aclu-nj.org

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES,<br><br>           Plaintiffs,<br><br>v.<br><br>AHMAD KHAN RAHAMI,<br><br>           Defendant. | Criminal Action No.:<br>**NJ Mag No. 16-3594 (MF)**<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Alexander Shalom, Esq., AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION, 89 Market Street, 7th Floor, P.O. Box 32159, Newark, New Jersey 07102, hereby enters his appearance as counsel for AHMAD KHAN RAHAMI in the above-captioned matter. Counsel's representation, requested by Mr. Rahami's father (Mohammad Rahami) and wife (Bibi Asia) is limited to the time period before which Mr. Rahami is appointed a federal public defender or obtains other criminal defense counsel.

                                    AMERICAN CIVIL LIBERTIES UNION
                                     OF NEW JERSEY FOUNDATION
                                    P.O. Box 32159
                                    89 Market Street, 7th Floor
                                    Newark, NJ 07102


                                    By:  s/ Alexander Shalom
                                          Alexander Shalom

Dated:  September 26, 2016